IN THE UNITED STATES DISTRICT COURT
DISTRICT OF OREGON

KIMBERLY MAIER,

    Plaintiff,

v.

Commissioner of the Social Security Administration,

    Defendant.

Civil No. 3:23-CV-985-HZ

ORDER FOR ATTORNEY FEES PURSUANT TO 28 U.S.C. § 2412(D)

After considering Plaintiff's Unopposed Motion, it is hereby ordered that attorney fees in the amount of $7,485.37, shall be awarded to Plaintiff pursuant to 28 U.S.C. § 2412(d) (EAJA). If the fees are not subject to an offset as described in Ratliff, the EAJA fees shall be payable to Dellert Baird Law Offices, PLLC, based upon Plaintiff's assignment of this fee to their attorney. The fees may be paid electronically or by check..

IT IS SO ORDERED.

DATED this   8   day of   July  , 2024.

*Marco Hernandez*
UNITED STATES DISTRICT COURT JUDGE

Page 1    ORDER
    [3:23-CV-985-HZ]

Presented by:

Jeffrey H. Baird
Dellert Baird Law Offices, PLLC
2825 NE Brazee St
Portland, OR   97212
Telephone:  (206) 518-8163
FAX:  (360) 824-9371
jeffreyhbaird@comcast.net